IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

EPIC ADVERTISING,
    Plaintiff(s),

v.                                              No. C-11-1705 SC

ASIS INTERNET SERVICES, et al.,

    Defendant(s).                        Clerk's Notice

    YOU ARE NOTIFIED THAT a **Case Management Conference** is scheduled for **August 12, 2011 at 10:00 A.M.** before the Honorable Samuel Conti. Parties are to file one Joint Case Management Conference Statement seven (7) days prior to the conference.

    Please report to Courtroom 1, on the 17th floor, U.S. Courthouse, 450 Golden Gate Avenue, San Francisco, CA 94102.

Dated: May 18, 2011                                        FOR THE COURT,

                                                              Richard W. Wieking, Clerk

                                                              By:  T. De Martini
                                                                    Courtroom Deputy Clerk