IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

EPIC ADVERTISING ,

        Plaintiff(s),

 v.

ASIS INTERNET SERVICES, et al ,

        Defendant(s).
                                    /

No. C-11-1705 SC

     YOU ARE NOTIFIED THAT the Court has rescheduled the **Case Management Conference** scheduled for **August 12, 2011** before the Honorable Samuel Conti. The conference has been reset for **August 26, 2011 at 10:00 a.m.**

     Please report to Courtroom 1, on the 17th floor, U.S. Courthouse, 450 Golden Gate Avenue, San Francisco, CA 94102.

Dated: July 12, 2011                                      FOR THE COURT,
                                                           Richard W. Wieking, Clerk
                                                           By:  T. De Martini
                                                                      Courtroom Deputy

*United States District Court — For the Northern District of California*