**Jason K. Singleton**, State Bar #166170
jason@singletonlawgroup.com
**SINGLETON LAW GROUP**
611 "L" Street, Suite A
Eureka, CA 95501
(707) 441-1177
FAX  441-1533

**Attorney for Defendants, ASIS Internet Services and NELLA WHITE**

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EPIC ADVERTISING dba AZOOGLEADS.COM, INC., a Delaware corporation,<br><br>        Plaintiff,<br>vs.<br><br>ASIS INTERNET SERVICES, a California corporation; and NELLA WHITE, an individual,<br><br>        Defendants. | Case No.  3:11-CV-01705 SC<br><br>**DECLARATION OF JASON K. SINGLETON IN SUPPORT OF MOTION TO DISMISS**<br><br>DATE:  September 23, 2011<br>TIME:    10:00 a.m<br>CTRM:   1 |

I, JASON K. SINGLETON , declare as follows:

1.     I am an attorney duly licensed to practice in the United States District Court, Northern District of California, and I am the attorney of record for Defendants, ASIS INTERNET SERVICES AND NELLA WHITE.  I have personal and firsthand knowledge of each fact hereinafter set forth and if called to testify could and would competently testify to the matters set forth herein.

2.     Attached hereto as Exhibit A and incorporated by reference is a true and correct copy of the Articles of Incorporation of Epic Advertising, Inc., filed with the California Secretary of State on January 18, 2011.

I declare under penalty of perjury under the laws of the United States of America that

1  the foregoing is true and correct.

2

3                                                          **SINGLETON LAW GROUP**

4

5  Dated:        July 12, 2011              /s/ Jason K. Singleton
                                            Jason K. Singleton, Attorney for Defendants,
6                                           **ASIS Internet Services and NELLA WHITE**

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3343999

## ARTICLES OF INCORPORATION

## OF

## EPIC ADVERTISING, INC.

**FILED**
In the Office of the Secretary of State
of the State of California

JAN 1 8 2011

I

The name of this corporation is:

### EPIC ADVERTISING, INC.

II

The purpose of the corporation is to engage in any lawful act or activity for which a corporation may be organized under the General Corporation Law of California other than the banking business, the trust company business or the practice of a profession permitted to be incorporated by the California Corporations Code.

III

The name and address in the State of California of this corporation's initial agent for service of process is:

Danial Cooper
4851 Tamarron Ct
San Bernardino, Ca. 92407

IV

This corporation is authorized to issue only one class of shares of stock; and the total number of shares which this corporation is authorized to issue is: 1000 At No Par Value.

Dated January 18, 2011

Rosa Anguiano-Garcia, Incorporator