1 **KRONENBERGER ROSENFELD, LLP**
2 Karl S. Kronenberger (Bar No. 226112)
Jeffrey M. Rosenfeld (Bar No. 222187)
3 150 Post Street, Suite 520
San Francisco, CA 94108
4 Telephone: (415) 955-1155
Facsimile: (415) 955-1158
5 karl@KBInternetLaw.com
jeff@KBInternetLaw.com
6
7 Attorneys for Plaintiff
Epic Advertising d/b/a AzoogleAds.com, Inc.

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **EPIC ADVERTISING** *dba* **AZOOGLEADS.COM, INC.,** a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>**ASIS INTERNET SERVICES,** a California corporation; and **NELLA WHITE**, an individual,<br><br>Defendants. | Case No. C-11-1705 SC<br><br>**NOTICE OF CHANGE OF FIRM NAME** |

1  TO THE CLERK OF THE COURT, ALL PARTIES AND THEIR COUNSEL OF
2  RECORD:

3  PLEASE TAKE NOTICE that effective October 28, 2011, the firm name for
4  undersigned counsel is now Kronenberger Rosenfeld, LLP.  All future reference to the
5  firm in this matter should be to Kronenberger Rosenfeld, LLP.  The firm's and its
6  lawyers' addresses, telephone numbers, and facsimile numbers have not been affected
7  by this change.

9  Respectfully submitted,
10  Dated: November 1, 2011          **KRONENBERGER ROSENFELD, LLP**

12                                            By:   s/Jeffrey M. Rosenfeld
13                                                     Jeffrey M. Rosenfeld

14  Attorneys for Plaintiff Epic Advertising d/b/a AzoogleAds.com, Inc.

KRONENBERGER ROSENFELD, LLP
150 Post Street, Suite 520
San Francisco, CA 94108
www.KRInternetLaw.com