**KRONENBERGER ROSENFELD, LLP**
Karl S. Kronenberger (Bar No. 226112)
Jeffrey M. Rosenfeld (Bar No. 222187)
150 Post Street, Suite 520
San Francisco, CA 94108
Telephone: (415) 955-1155
Facsimile: (415) 955-1158
karl@KRInternetLaw.com
jeff@KRInternetLaw.com

Attorneys for Plaintiff
Epic Advertising d/b/a AzoogleAds.com, Inc.

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| EPIC ADVERTISING dba AZOOGLEADS.COM, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>ASIS INTERNET SERVICES, a California corporation; and NELLA WHITE, an individual,<br><br>Defendants. | Case No. C-11-1705 SC<br><br>**NOTICE OF SUBSTITUTION OF COUNSEL AND [PROPOSED] ORDER** |

TO THE CLERK OF THE COURT, ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that Plaintiff hereby requests the Court approve the immediate substitution of Henry M. Burgoyne, III of Burgoyne Law Group, as attorney of record in place of Karl S. Kronenberger and Jeffrey M. Rosenfeld of Kronenberger Rosenfeld, LLP.

Respectfully submitted,

Dated: December __, 2011

**BURGOYNE LAW GROUP**

By: _____
Henry M. Burgoyne, III

Dated: FEB 8, 2012

**KRONENBERGER ROSENFELD, LLP**

By: _____
Karl S. Kronenberger

I, David Graff am the general counsel of Plaintiff Epic Advertising d/b/a AzoogleAds.com, Inc. I hereby approve of the substitution of Henry M. Burgoyne, III of Burgoyne Law Group, as attorney of record in place of Karl S. Kronenberger and Jeffrey M. Rosenfeld of Kronenberger Rosenfeld, LLP.

Dated: 2/8/12

By: _____
David Graff

IT IS SO ORDERED this 13 day of February, 2011.

_____
THE HON. SAMUEL CONTI
Judge for the Northern District of California

IT IS SO ORDERED
Judge Samuel Conti

Case No. C-11-1705 SC

1

NOTICE OF SUBSTITUTION OF COUNSEL AND [PROPOSED] ORDER

KRONENBERGER ROSENFELD, LLP
150 Post Street, Suite 520
San Francisco, CA 94108
www.KRInternetLaw.com

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the Notice of Substitution of Counsel and [Proposed] Order was served on the attorneys and/or parties of record by electronic means on February 10, 2012.

s/Henry M. Burgoyne, III
Henry M. Burgoyne, III
