1  Henry M. Burgoyne, III (SBN 203748)
   BURGOYNE LAW GROUP
2  870 Market Street, Suite 422
3  San Francisco, CA 94102
   Phone: (415) 795-4070
4  Fax: (415) 680-2335
   Hank@BurgoyneLawGroup.com
5
   *Attorney for Plaintiff EPIC ADVERTISING d/b/a*
6  *AZOOGLEADS.COM, INC.*

7  Jason K. Singleton (SBN 166170)
   SINGLETON LAW GROUP
8  611 L Street, Suite A
   Eureka, CA 95501
9  Phone: (707) 441-1177
   Fax: (707) 441-1533
10 Jason@singletonlawgroup.com

11 *Attorney for Defendants ASIS INTERNET SERVICES*
   *and NELLA WHITE*
12

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **EPIC ADVERTISING** dba **AZOOGLEADS.COM, INC.**, a Delaware corporation, | CASE NO.: 3:11-cv-01705-SC |
| Plaintiff, | **JOINT STIPULATION OF DISMISSAL** |
| v. | |
| **ASIS INTERNET SERVICES**, a California corporation; and **NELLA WHITE**, an individual, | |
| Defendants. | |

1     Plaintiff EPIC ADVERTISING dba AZOOGLEADS.COM, INC. ("Plaintiff") and
2 Defendants ASIS INTERNET SERVICES and NELLA WHITE (collectively "Defendants")
3 respectfully submit this Joint Stipulation of Dismissal pursuant to Rule 41(a)(1) of the Federal
4 Rules of Civil Procedures. Plaintiff and Defendants hereby jointly stipulate to dismissal with
5 prejudice of all claims made in this action, as to all parties, based on a private settlement
6 understanding among them.

7     All parties agree to bear their own legal costs and fees in this matter.

9 Dated: May 29, 2012                  BURGOYNE LAW GROUP

By: _____
Henry M. Burgoyne, III
*Attorney for Plaintiff EPIC ADVERTISING
d/b/a AZOOGLEADS.COM, INC.*

14 Dated: May 29, 2012                  SINGLETON LAW GROUP

By: _____
Jason K. Singleton
*Attorney for Defendants ASIS INTERNET
SERVICES and NELLA WHITE*

IT IS SO ORDERED
Judge Samuel Conti
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Plaintiff EPIC ADVERTISING dba AZOOGLEADS.COM, INC. ("Plaintiff") and Defendants ASIS INTERNET SERVICES and NELLA WHITE (collectively "Defendants") respectfully submit this Joint Stipulation of Dismissal pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedures. Plaintiff and Defendants hereby jointly stipulate to dismissal with prejudice of all claims made in this action, as to all parties, based on a private settlement understanding among them.

All parties agree to bear their own legal costs and fees in this matter.

Dated: May 29, 2012

BURGOYNE LAW GROUP

By:_____
Henry M. Burgoyne, III
*Attorney for Plaintiff EPIC ADVERTISING d/b/a AZOOGLEADS.COM, INC.*

Dated: May 29, 2012

SINGLETON LAW GROUP

By:_____
Jason K. Singleton
*Attorney for Defendants ASIS INTERNET SERVICES and NELLA WHITE*